# RICHARD PALMA
**ATTORNEY AT LAW**
**11 PARK PLACE - SUITE 1715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**TEL. (212) 686-8111**
**FAX. (212) 202-7800**
**E-MAIL: rpalma177@gmail.com**

February 1, 2021

**ECF**

Honorable Cathy Seibel, U.S.D.J.
United States District Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

    **Re:**    **U.S. v. Sklyar Davis, et al, including Ardae Hines, Dkt. No. 17 CR. 364 (CS)**
          **Defense Counsel Requests Permission to Withdraw Docket No. 587, Affidavit**
          **in Opposition to Hines' 28 USC 2255 Motion, and to File a Corrected Copy.**

Dear Judge Seibel:

    I respectfully request to withdraw my affidavit, Docket Report, Doc. No. 587, in opposition to Ardae Hines' 28 USC 2255 motion and file a corrected copy.

    I await Your Honor's instructions. If there are any questions, I am available immediately by cellular phone number at (917) 751-5754.

    Thank you.

                    Yours truly,

                    s/ Richard Palma

*The Clerk of Court is respectfully directed to strike Doc. 587.  Mr. Palma shall promptly file the corrected copy.  The Clerk shall send a copy of this endorsement to Mr.Hines.*

                    Richard Palma (Bar No. rp 4441)

    SO ORDERED.

                  2/1/21
CATHY SEIBEL, U.S.D.J.